UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kathleen Lou Spears,             Case No. 3:15-cv-2261

       Plaintiff

v.                                   ORDER

Commissioner of Social Security,

       Defendant

       Before me is the December 20, 2016 Report and Recommendation of Magistrate Judge James R. Knepp, II recommending the final decision of the Commissioner of Social Security to deny Plaintiff Kathleen Lou Spear's application for disability insurance benefits under the Social Security Act, be affirmed. (Doc. No. 18).

       Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Campbell,* 261 F.3d 628 (6th Cir. 2001). In this case, the fourteen day period has elapsed and no objections have been filed.

       The failure to file written objections to the Magistrate Judge's report and recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("only those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

1

Following review of the Magistrate Judge's Report and Recommendation, I adopt the Report and Recommendation (Doc. No. 18) in its entirety as the Order of the Court. The decision of the Commissioner is affirmed.

So Ordered.

s/ Jeffrey J. Helmick  
United States District Judge